# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Genesis Latimer | ) JUDGMENT IN A CRIMINAL CASE<br>) (For **Revocation** of Probation or Supervised Release)<br>)<br>) Case No.  4:19-cr-541-DPM<br>) USM No. 26519-081<br>) Degen Clow<br>) Defendant's Attorney |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 1 2 2021
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   **Mand., Std. & Spec.**   of the term of supervision.

☑ was found in violation of condition(s) count(s)   **Mand. & Spec.**   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1--2 (Mand. & Spec.) | Using a controlled substance, a Grade C Violation | 01/26/2021 |
| 3 (Std. 2) | Failing to report as directed, a Grade C Violation | 03/31/2021 |
| 4 (Spec. 2) | Failing to comply with drug testing, a Grade C Violation | 04/15/2021 |

(continued)

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5788

Defendant's Year of Birth:   1990

City and State of Defendant's Residence:
Little Rock, Arkansas

05/11/2021
Date of Imposition of Judgment

*DPMarshall Jr.*
Signature of Judge

D.P. Marshall Jr.          United States District Judge
Name and Title of Judge

12 May 2021
Date

DEFENDANT: Genesis Latimer
CASE NUMBER: 4:19-cr-541-DPM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5--6 (Spec.) | Faiiling to comply with drug and mental-health treatment, a Grade C Violation | 03/24/2021 |

DEFENDANT: Genesis Latimer
CASE NUMBER: 4:19-cr-541-DPM

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

supervision extended by 6 months to 16 March 2022.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. 09/19) Case 4:19-cr-00541-DPM   Document 17   Filed 05/12/21   Page 4 of 5
Judgment in a Criminal Case for Revocations
Sheet 3A — Supervised Release

Judgment—Page 4 of 5

DEFENDANT: Genesis Latimer
CASE NUMBER: 4:19-cr-541-DPM

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

DEFENDANT: Genesis Latimer
CASE NUMBER: 4:19-cr-541-DPM

## SPECIAL CONDITIONS OF SUPERVISION

S1) Latimer must not use, possess, ingest, or market CBD oil or THC in any form.

S2) Latimer must submit to drug/alcohol testing, as directed by the U.S. Probation Office.

S3) Latimer must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of supervision.

S4) Latimer must participate in and successfully complete a mental-health treatment program, under a copyament plan, as directed by the U.S. Probation Office, take any mental-health medications as prescribed, and not possess or consume alcohol, nor freqent business where alcohol is the chief item of order, during the course of treatment or medication.

S5) Latimer must apply all monies received from income tax refunds, lottery winnings, judgments, or anticipated or unexpected financial gains to the outstanding Court-ordered financial obligations. Latimer must immediately notify the probation officer of the receipt of any indicated monies.

S6) Latimer must be placed on the Statefinder and Treasury Offset programs, requiring any state and federal tax refunds to be intercepted for purposes of Court-ordered financial obligations.

S7) Latimer must notify the U.S. Probation Office and the Office of the United States Attorney of any material change in her economic circumstances that might affect her ability to pay Court-ordered financial obligations. Latimer must also notify the U.S. Probation Office and the Office of the United States Attorney of any loss of employment, or increase or decrease in income.

S8) During the next four months, Latimer must serve four weekends in intermittent confinement. The United States Probation Office must coordinate scheduling and designation with the Bureau of Prisons or the United States Marshals Service, as appropriate, and notify Latimer about when to report to serve each weekend. Unless facility rules require otherwise, the Court suggests surrender at 5:00 p.m. on Friday and release at 5:00 p.m. on Sunday. The Court further recommends that this confinement be served at the Pualski County Regional Detention Facility, or the available facility closest to Little Rock, Arkansas.

S9) As a supplement to Standard Condition 2, Latimer must call her supervising officer at least once per week.